782 A.2d 918

IN THE MATTER OF VIJAY M. GOKHALE,
AN ATTORNEY AT LAW.

October 18, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–077, concluding that **VIJAY M. GOKHALE** of **LIVINGSTON**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.15(d) (record-keeping deficiencies) and *RPC* 5.5(a) (unauthorized practice of law), and good cause appearing;

It is ORDERED that **VIJAY M. GOKHALE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.